IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SANDRA HOWELL,

    Plaintiff,

    v.                                                        Case No. 19-cv-754-wmc

JUDGE ALAN BATES, ROCK COUNTY
FAMILY COURT, ROCK COUNTY CPS,
and MIKE LARSON,

    Defendants.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 9/15/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |